UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 11-61227-CIV-GRAHAM/GOODMAN

**CLOSED CIVIL CASE**

KATHERINE W. YOUNG,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC., and
LVNV FUNDING, LLC,

    Defendants.
_____/

## ORDER

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Entry of Final Judgment [D.E. 42]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that pursuant to Rule 68 of the Federal Rule of Civil Procedure, final judgment is entered against Defendants, ARS National Services, Inc. and LVNV Funding, LLC, and in favor of Plaintiff with respect to Plaintiff's claims under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* in the amount of $1,001.00 together with interest thereon at the legal rate from the date of this Final Judgment, for all of which let execution issue. The Court reserves jurisdiction on the matter of Plaintiff's attorney fees and costs. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of January, 2012.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc: U.S. Magistrate Judge Goodman
    Counsel of Record